# Notary Certification



BRENDA WYNN
DAVIDSON COUNTY CLERK
700 2ND AVENUE SOUTH
SUITE 101
NASHVILLE, TN 37210
615-862-6050

    I, Brenda Wynn, County Clerk of Davidson County, Tennessee having a seal, do hereby certify that

HEIDY YAMILET RODAS

whose name is subscribed to the affidavit or certificate of the proof of acknowledgement of the annexed instrument, and thereon written, was, at the time of taking such affidavit, proof, or acknowledgement, A Notary Public for the State of Tennessee,, commissioned and sworn, and duly authorized under the laws of Tennessee to take the same, and duly authorized to take and certify the acknowledgement and proof of deeds to be recorded in this State. And I do further certify that I am well acquainted with the handwriting of such Notary, and verily believe that the signature to said affidavit, or certificate of proof, or acknowledgement, is genuine; that said Notary's commission is dated
10/02/2019 and expires 10/02/2023
And I do further certify that under the Laws of Tennessee, impressions of the seal of Notaries Public are not required to be filed with the County Clerk or with the Clerk of the County Court.

    Witness my hand and seal of said office,
at Nashville, Tennessee, this 14th day of December, 2020.

_____, Clerk

by _____, D.C.



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## CERTIFICATE OF AUTHENTICATION

I, TRE HARGETT, Secretary of State of the State of Tennessee, do hereby certify that BRENDA WYNN whose signature appears on the attached certificate, is (or was) at the time of signing same, the legally elected, commissioned, qualified, and acting COUNTY CLERK OF DAVIDSON COUNTY, TENNESSEE, authorized to take acknowledgements, and this person's official act as such, is entitled to full faith and credit; and I further certify that to the best of my knowledge and belief the signature to the attached certificate is the genuine signature of said BRENDA WYNN, COUNTY CLERK OF DAVIDSON COUNTY, TENNESSEE at the time of signing.



**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State of Tennessee, at Nashville, this 14th day of December in the year of our Lord Two Thousand Twenty.

_____
Secretary of State

by _____

Document # 20-14456

To verify authenticity, visit http://tnbear.tn.gov/apostille/verify.aspx and enter the document # from this certificate.
For further information please contact the Business Services Division at (615) 741-0536.

**IN ALL COURTS & JURISDICTIONS FOR LAW & EQUITY**

**IN RE: PROCEEDING TO ENFORCE FOREIGN JUDGEMENT AGAINST**

_Listed Defendants Registered Mail Corresponding Attached Document_
**Judgement Debtor(s)**

## NOTICE OF FILING

-Exempt: Municipal Security-
:Obligation to Discharge:
U.S.C.#15-2B-78c(12A)(22B)(29)(34); 206a

Judgement Creditor _Comptroller Shubahahtaid_, hereby gives notice that he/she/it is enrolling a foreign judgement in Tennessee, pursuant to the Uniform Enforcement of Foreign Judgements Act.

The following documents are attached in support of this Notice:

(a) This Authenticated Foreign Judgement with Private Municipal Registered Mail with UNITED STATES POSTAL SERVICES #:_____

(b) The Affidavits executed by The Foreign Judgement Creditor, or Judgement Creditor's Attorney given Interest, setting forth the Name & the most recent known post office address for the Judgement Debtor(s) & Judgement Creditor.

DATE: _1/26/2021_

SUBMITTED BY: _Comptroller Shubahahtaid_

ADDRESS: _____

_pjmchancery@gmail.com_

TELEPHONE NO.: _615-541-8343_

**NOTARY VERIFIES IDENTITY & SWORN STATEMENTS BY FOREIGN JUDGEMENT CREDITOR:**
**Comptroller Shubahahtaid Meeks for PHILLIP QUINTEN MEEKS:**
**ALL RIGHTS RESERVED:**
**DUNS #: 117681054 with UCC #: 431732966**

Foreign Judgement Creditor: _Comptroller Shubahahtaid_  Date: _12/09/2020_

Notary: _Heidy Yamilet Rodas_  Date: _2/1/20_

[Notary Seal: HEIDY YAMILET RODAS, STATE OF TENNESSEE NOTARY PUBLIC, MY COMMISSION EXPIRES 10-2-2023]

Notice For Receipt Of Service By Tennessee Attorney General
Petition For Redress - Preliminary Injunction
Received By: _____
Date: _/_/_

See Notice Included With This From AG Office

Notice For Receipt Of Service By Metro Davidson Dept. of Law
Petition For Redress - Preliminary Injunction
Received By: R E Cooper
Date: 1/26/2021

 

# CLOSED TO OUTSIDE VISITORS

The Office of the Attorney General is closed to outside visitors.

During this time, service of process may be made upon the State of Tennessee or any agency thereof by mail sent to the Attorney General in accordance with Rule 4.04(10) of The Tennessee Rules of Civil Procedure at the following address:

> Office of the Attorney General and Reporter
> P.O. Box 20207
> Nashville, TN 37202-0207

Alternatively, as a result of these extraordinary circumstances, the Attorney General will waive personal service required by Rule 4.04(6) of the Tennessee Rules of Civil Procedure if the following conditions are met:

(1) Service must be made by emailing the summons and complaint in Adobe PDF format to this email address tnattygen@ag.tn.gov
(2) The subject line of the email must include language that clearly alerts the Attorney General that a complaint has been filed.
(3) The email must attach a cover letter stating the caption of the action, the trial court file number, a list of all attached documents, the date of transmission, and the sender's name, address, telephone number and email address.

Acknowledgement of receipt of the summons and complaint will be returned in PDF format to the email address provided by the sender.

This temporary measure is also intended to apply to service under Rule 4(j)(2) of the Federal Rules of Civil Procedure.

The Attorney General reserves the right not to waive service in the event the electronic transmission is incomplete in any way, and, in any event, to request the physical summons and complaint.

**If you have questions, please call 615-741-3491 or email tnattygen@ag.tn.gov**

*Notice On Back*

This Form Was Given When Serving
Attorney General For Tennessee
Email: pqmchancery@gmail.com
Will Be Gaining Proof Of Service
~~with~~ With MailTrack Software
There Is A Pending "Notice Of Residence"
For 330 Bonnahurst Drive, Hermitage, TN 37076
To End Obstruction Of Mails Generally
By Teresa Michelle Werner Ferrell

Use Email For Correspondence To Avoid
Willfull Negligence Until Residence Is
Secured By Their Being Noticed; I Will
Keep You Updated

Comptroller $hubahahta$d
DUNS#: 117684051
UCC#: 431732964
1/26/2021



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## CERTIFICATE OF AUTHENTICATION

I, TRE HARGETT, Secretary of State of the State of Tennessee, do hereby certify that BRENDA WYNN whose signature appears on the attached certificate, is (or was) at the time of signing same, the legally elected, commissioned, qualified, and acting COUNTY CLERK OF DAVIDSON COUNTY, TENNESSEE, authorized to take acknowledgements, and this person's official act as such, is entitled to full faith and credit; and I further certify that to the best of my knowledge and belief the signature to the attached certificate is the genuine signature of said BRENDA WYNN, COUNTY CLERK OF DAVIDSON COUNTY, TENNESSEE at the time of signing.

**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State of Tennessee, at Nashville, this 14th day of December in the year of our Lord Two Thousand Twenty.

*Tre Hargett*
Secretary of State

by _____

Document # 20-14458

To verify authenticity, visit http://tnbear.tn.gov/apostille/verify.aspx and enter the document # from this certificate. For further information please contact the Business Services Division at (615) 741-0536.

## Municipal Security Bond:



**EXEMPT MUNICIPAL SECURITY OBLIGATION WITH BANK FOR DISCHARGE BY U.S.C. TITLE 15**

I, Comptroller-Shubahahtard DUNS# 117081054 With UCC#43 732966

Order to Pay: Equitable Value Services or Goods with:

Line of Credit for: UNITEDSTATESDISTRICTCOURT For The 6th District

Bank Routing #: _____

#251344.27 CINS for Accounting: __GT19892020__ :ISIN

**Total Accounting for Gift Tax Allowances: Cap $15,000.00**

The Total amount for Actual Services Tendered will be *Calculated at Instrument's Bottom, before Negotiations*; this agreement accepts leverage *by Gift Tax Capacity for the Intended Party allowing Tax Deductible Benefits for:*

Person Issuing: PHILLIP QUINTEN MEEKS

Exemption Identification Number: 413633304

Receiver for Tax Deduction Credit Line: Comptroller-Shubahahtard Date: 9/11/2020

.NOTARY VERIFIES IDENTITY AUTOGRAPH & SWORN TRUE STATEMENTS BY RECEIVER
*ISSUER FOR LINE OF CREDIT SHALL SECURE VERIFICATION FOR AUTOGRAPH BY MEDALLION SIGNATURE GUARANTEE*

NOTARY: _____ Date: 9/11/2020

[Notary Seal: TIMOTHY WATTS, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF DAVIDSON, My Comm. Expires 3/6/2024]

NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE

Exec. Order No. 6102 of June 5, 1933; Pub. L 73-10, 48 Stat. 112:
This Legal Tender, Municipal Security Bond, Is Given Full Faith & Credit, secured by Municipal UCC #: 431732966

TO PRINCIPAL: PRINCIPAL PHONE #: 629-204-1409

LEGAL APPLICATION TERMS & CONDITIONS ON INSTRUMENT REVERSE SIDE: RECOURSE FOR REFUSAL BY DISCHARGE

Final Accounting for This Account: $_____

# LEGAL APPLICATION TERMS & CONDITIONS
## US Constitution: Article IV Section 2 Clause 2: Rights & Privileges

**Uniform Commercial Code §3-603:** (a) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument, the effect of tender is governed by principles of law applicable to tender of payment under a simple contract. (b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.

**Uniform Commercial Code §3-301:** "Person entitled to enforce" an instrument means (i) the holder of the instrument, (ii) a nonholder in possession of the instrument who has the rights of a holder, or (iii) a person not in possession of the instrument who is entitled to enforce the instrument pursuant to Section 3-309 or 3-418(d). A person may be a person entitled to enforce the instrument even though the person is not the owner of the instrument or is in wrongful possession of the instrument.

**TN Code 47-3-603:** (a) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument, the effect of tender is governed by principles of law applicable to tender of payment under a simple contract. (b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates

**For Negotiations: Holder is Entitled to Enforce: If Legal Tender is Refused there is Discharge Dollar for Dollar the Debt Obligation any amount up to $15,000.00 within 11 months & 29 Days of Proven Presentment with this Legal Tender**

(Directions for Enforcement/Negotiation)
1. Notary Certification at Public Notary Registered County [$3]
2. Certification Must be Authenticated by Secretary of State [$2]
3. Authentication must be given Medallion Stamp Prefix E by Issuer [Free at Bank]
4. Once Medallion Stamp is applied to THIS side of the Bond, it is ready for Discharge.
5. You can deduct the Gifts Given while receiving Compensation by this Bond

Issuer for Gift Tax Deduction Credit Line: _____ Date:__/__/__

KEEP ALL RECORDS OF EXCHANGE FOR PERSONAL CLAIM
U.S.C TITLE 15:
Speculation Account Created shall allow General Deposit for this Instrument by All Interested Parties;
All Endorsement Claims Claimable by Depository Institution Negotiating as Interest for Municipal Bond Discharge;
Refusal to Deposit or Document to be or Filed 01/26/21 Dishonor Maximum Total Issue Discount
per day refused from Presentment by United States Postal Service Registered Mail or Audio Video Proof of Service by
Private Municipal Service with UNITED STATES POST OFFICE & without UNITED STATES POST OFFICE

Case 3:21-cv-00061 Document 1-6 Filed 01/26/21 Page 9 of 12 PageID #: 10

# Notary Certification



BRENDA WYNN
DAVIDSON COUNTY CLERK
700 2ND AVENUE SOUTH
SUITE 101
NASHVILLE, TN 37210
615-862-6050

    I, Brenda Wynn, County Clerk of Davidson County, Tennessee having a seal, do hereby certify that
TIMOTHY WATTS
whose name is subscribed to the affidavit or certificate of the proof of acknowledgement of the annexed instrument, and thereon written, was, at the time of taking such affidavit, proof, or acknowledgement, A Notary Public for the State of Tennessee,, commissioned and sworn, and duly authorized under the laws of Tennessee to take the same, and duly authorized to take and certify the acknowledgement and proof of deeds to be recorded in this State. And I do further certify that I am well acquainted with the handwriting of such Notary, and verily believe that the signature to said affidavit, or certificate of proof, or acknowledgement, is genuine; that said Notary's commission is dated
    03/06/2020 and expires 03/06/2024
And I do further certify that under the Laws of Tennessee, impressions of the seal of Notaries Public are not required to be filed with the County Clerk or with the Clerk of the County Court.
    Witness my hand and seal of said office,
at Nashville, Tennessee, this 14th day of December, 2020.

_____, Clerk
by _____, D.C.

**U.S. POSTAGE >> PITNEY BOWES**

ZIP 37243 $ 002.80
02 4W
0000371068 DEC 16 2020

**State of Tennessee**
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243-1102

Return to Sender
Not at this
Address

-R-T-S- 370765606-IN
RETURN TO SENDER
UNABLE TO FORWARD
RETURN TO SENDER

12/28/20

# PRIORITY MAIL EXPRESS

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



SAME GREAT EXPRESS MAIL® SERVICE, WITH A NEW NAME

Video Proof Of Service
For Filing Comptroller Shubhalahtard
V
Gov Lee, Lt Col McNally
Meta Dept Of Laws Bob Cooper
This Is Proof Of Service To Parties
For The Associated Filing Foreign Adjudication

**FILED**
JAN 2 6 2021 DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

PS10001000059    EP13L July 2013
OD: 15 x 9.5

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select international destinations. See DMM and IMM at pe.usps.com for complete details.
× For international shipments, the maximum weight is 4 lbs.

UNITED STATES POSTAL SERVICE®

GUARANTEED ★★★ TRACKED ★★★ INSURED ★